# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                Plaintiff,

                                      Crim. No. 09-269 (RHK)
                                      **ORDER**

v.

Gregory Malcolm Bell,

                Defendant.

---

      The Government having moved for a Preliminary Order of Forfeiture in this matter (Doc. No. 61), **IT IS ORDERED** as follows:

      1.      Defendant shall serve and file his response to the Motion on or before September 21, 2010; and

      2.      The Government may serve and file a Reply in support of its Motion, if any, on or before September 27, 2010.

Dated: September 14, 2010                              s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                 United States District Judge